## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00413-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE REFUGIO MUNOZ-GAYTAN,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on December 2, 2013, it is

    ORDERED that Defendant Jose Refugio Munoz-Gaytan, is sentenced to TIME SERVED.

    DATED: December 2, 2013

                        BY THE COURT:

                        _____
                        Christine M. Arguello
                        United States District Judge